UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI WARD,<br><br>       Plaintiff,<br><br>       v.<br><br>RENEE PALMER, et al.,<br><br>       Defendants. | Case No. 5:21-cv-00530-EJD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Ward v. Lawrence et al.*, Case No. 19-cv-183.

**IT IS SO ORDERED.**

Dated: June 7, 2021

EDWARD J. DAVILA
United States District Judge