UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI WARD, ET AL., <br><br>  Plaintiffs, <br><br> v. <br><br> JUDITH ELIZABETH LAWRENCE, et al., <br><br>  Defendants. | Case No. 19-cv-00183-JST <br><br> **ORDER TO SHOW CAUSE** |

Plaintiffs Anjali Ward and Lila Cast having failed to appear at the case management conference held December 7, 2021, they, and each of them, are ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions for their failure to appear as ordered. A district court may levy sanctions pursuant to its inherent power for willful disobedience of a court order. *Evon v. L. Offs. of Sidney Mickell*, 688 F.3d 1015, 1035 (9th Cir. 2012).

A written response to this order to show cause is due January 25, 2022. The Court will conduct an order to show cause hearing on February 1, 2022 at 2:00 p.m. Failure to file a written response or failure to appear on February 1, 2022 as ordered may, in the Court's discretion, result in dismissal of the case for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 7, 2021

_____
JON S. TIGAR
United States District Judge