UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANJALI WARD, et al., | |
|---|---|
| Plaintiffs, | Case No. 19-cv-00183-JST |
| v. | **CLERK'S JUDGEMENT** |
| JUDITH ELIZABETH LAWRENCE, et al., | Re: Dkt. No. 204 |
| Defendants. | |

Pursuant to the Order Dismissing Case signed July 7, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Friday, July 7, 2023

Mark B. Busby
Clerk, United States District Court

By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR