UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI WARD, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JUDITH ELIZABETH LAWRENCE, et al.,<br><br>   Defendants. | Case No. 19-cv-00183-JST<br><br>**ORDER RE: IN FORMA PAUPERIS STATUS ON APPEAL**<br><br>Re: ECF Nos. 206, 209 |

Plaintiffs Anjali Ward and Lila Cast have filed a motion to proceed in forma pauperis on appeal. ECF No. 206. In addition, the Ninth Circuit Court of Appeals has referred the matter to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." ECF No. 209.

The Court dismissed Plaintiffs' second amended complaint with leave to amend certain claims, ECF No. 195, and subsequently dismissed the case for failure to prosecute after Plaintiffs failed to file a third amended complaint, ECF No. 204. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). It is the judgment of this Court that Plaintiffs' appeal is frivolous because it "has no arguable basis in fact or law." *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (quotation marks and citation omitted). Appeal of the dismissal is therefore not "taken in good faith" within the meaning of § 1915(a)(3), and Plaintiffs' in forma pauperis status should not continue for this appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

/ / /

/ / /

/ / /

The Clerk shall transmit a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated:  August 11, 2023



JON S. TIGAR
United States District Judge